Bridget **ALLEN**, individually and a class representative of the protected class of RCI employees, Plaintiff—Appellant,

v.

**RESOURCE CONSULTANTS INCORPORATED; John Brehm; Linda Cooperwood; Christopher Golson; Michael Fulkerson; Ronald O. Lewis; Francinia Little; Masood Memon, in their official capacities; Tanveer Malik; Al Rouse, in their official capacities; Walter Swindell, in their official capacities; Steve Shupak, in their official capacities; George Troendell, in their official capacities, Defendants—Appellees.**

No. 04–2406.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 13, 2005.

Decided: Jan. 19, 2005.

Bridget Allen, Appellant pro se.

Michael Andrew Viccora, Seyfarth Shaw, Washington, D.C., for Appellees.

Before WIDENER, NIEMEYER, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Bridget Allen appeals the district court's order granting the Defendant's motion to dismiss her civil rights and employment discrimination action filed under 42 U.S.C. §§ 1981, 1985, 1986 (2000). We have reviewed the record and conclude the district court did not abuse its discretion or discriminate when it dismissed Allen's complaint before holding a pre-trial conference under Fed.R.Civ.P. 16(a). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argu-

ment would not aid in the decisional process.

*AFFIRMED*